UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL GONZALEZ | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * Criminal No. 05-10182-JLT |
| | * |
| UNITED STATES, | * |
| | * |
| Respondent. | * |

ORDER

March 26, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the October 28, 2011 <u>Report and Recommendation on Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255</u> [#119] of Magistrate Judge Sorokin. For the reasons set forth in the <u>Report and Recommendation</u>, this court hereby orders that Petitioner's <u>Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody</u> [#100] is DENIED. Petitioner's <u>Motion to Amend Upon Receipt of Case File from Counsel of Record Who Has Chosen not to Respond to Movant's Repeated Request for File to Complete His Motion under 28 U.S.C. Section 2255</u> [#102] is DENIED as moot. This case is CLOSED.

IT IS SO ORDERED.

                                                    /s Joseph L. Tauro
                                                United States District Judge